# First District Court of Appeal
## State of Florida

_____

No. 1D17-2472
_____

MARY POSS, Wife,

    Appellant,

    v.

DAVID M. POSS, SR., Husband,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey.

May 23, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and WOLF and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Laura E. Keene of Beroset & Keene, Pensacola, for Appellant.

Kenneth M. Jayne, Pensacola, for Appellee.